IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| DYVAE DAVIS, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | )  1:25CV41 |
| | ) |
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Respondent. | ) |

ORDER

Petitioner, a federal prisoner, submitted a motion to vacate, set aside, or correct sentence pursuant to 28 U.S.C. § 2255. Petitioner was convicted and sentenced in the United States District Court for the Eastern District of North Carolina. A petitioner must pursue a motion under § 2255 in the district of conviction. See 28 U.S.C. § 2255(a) (providing that a petitioner "may move the court which imposed the sentence to vacate, set aside or correct the sentence"). Therefore, in the interests of justice, the entire record of this proceeding will be transferred to the United States District Court for the Eastern District of North Carolina for all further proceedings. 28 U.S.C. § 1631.

IT IS THEREFORE ORDERED that this action be filed and that the entire record of this proceeding is hereby transferred to the United States District Court for the Eastern District of North Carolina for further screening and/or further proceedings.

This, the 23rd day of January, 2025.

/s/ Joe L. Webster
United States Magistrate Judge